NOTICE: THIS DOCUMENT

CONTAINS SENSITIVE DATA

**FILED**

DEC 1 2 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

9th COURT OF APPEALS NO: 09-17-00253

MONTGOMERY COUNTY TRIAL COURT NO: 17-01-01278

| | | |
|---|---|---|
| JANENE RENEE RANDALL | § | IN THE COUNTY COURT AT LAW |
| | § | |
| VS. | § | NUMBER THREE (3) |
| | § | |
| CHRISTOPHER MARVIN RANDALL | § | MONTGOMERY COUNTY, TEXAS |

### REQUEST FOR CONTINUANCE ON PROTECTIVE ORDER APPEAL

On this day, December 11, 2017 I am requesting a continuance. Due financial difficulties (see attached), I am requesting additional time so I can continue this incredibly important protective order.

I pray the court will acknowledge my important request for a continuance so records, proof, and all payments due can then be made correctly, and in a timely manner.

Sincerely,

Janene R Randall (Pro Se)
6702 Durango Creek Drive
Magnolia, TX 77354
832-515-3653
janene@janenerandall.com

# 3 DAY NOTICE TO VACATE

**December 11, 2017**

Janene R. Randall
6702 Durango Creek Drive
Magnolia, Texas 77354

## TO TENANT(S) AND ALL OTHERS IN POSSESSION OF THE PREMISES LOCATED AT:

6702 Durango Creek Drive, Magnolia, Texas 77354

**PLEASE TAKE NOTICE** that pursuant to the lease and/or rental agreement dated November 18, 2014 under which you hold the possession of the herein described premises there is now due, unpaid and delinquent rent in the total sum of $1750, representing rent due for the period from December 1st, 2017 to December 31th, 2017. In accordance with the lease and/or rental agreement dated November 18, 2014, you owe an additional sum of $250 as a late fees and/or charges as of the date of this letter.

PLEASE **TAKE FURTHER NOTICE** that within THREE (3) days after service of this notice, you are hereby required to pay the above-listed amounts in full OR vacate the subject premises, move out, and deliver up possession of the same to Daniel Herpin. Failure to pay the rent and late fee in full OR vacate the premises **WITHIN THREE** (3) days as required by this notice will result in forfeiture of the lease and/or rental agreement and will cause Landlord to institute a forcible detainer lawsuit against you to recover rent, damages and possession of said premises, plus attorney's fees and costs of suit, as may be permitted under the laws of the State of Texas.

THIS IS INTENDED AS A THREE (3) DAY LEGAL NOTICE FOR THE PURPOSE OF TERMINATING YOUR TENANCY. THIS TERMINATION OF TENANCY IS IN ACCORDANCE WITH TEXAS STATE PROPERTY CODE § 24.005.

LANDLORD RESERVES ALL THE RIGHTS AND REMEDIES PROVIDED UNDER THE RENTAL AGREEMENT AND UNDER APPLICABLE LAWS OF THE STATE OF TEXAS INCLUDING BUT NOT LIMITED TO DAMAGES FOR UNPAID RENT OR PROPERTY AND NOTHING IN THIS NOTICE MAY BE CONSTRUED AS A WAIVER OF SUCH RIGHTS AND REMEDIES.

X _____
Daniel Herpin
Landlord

**CERTIFICATION OF DELIVERY**
**[For Landlord's Use Only]**

I HEREBY CERTIFY that a true copy hereof was furnished by:

____ U.S. Mail

_✓_ Personal Delivery to Resident(s)

____ Posting on the Premises in the Absence of the Resident(s)

Date: _12 / 11 / 2017_

# *IMPORTANT!*

# FAX COVER PAGE

**TO: 9th Court of Appeal, Beaumont, TX**          **FROM: Janene R. Randall**

**Appeal Number: 09-17-00253**

**FAX: 409-835-8497**

**COMMENTS:**

Included in this fax is my request for a continuance due to financial difficulty.

I am Pro Se, so I'm making sure this gets filed in a timely manner.

Please accept and grant this request. Thank you.

Respectfully,

*Janene R. Randall*

Janene R. Randall (Pro Se)

C 832-515-3653

janene@janenerandall.com